IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PHILLIP PERRYMAN,                )
                                 )
               Plaintiff,        )
                                 )
       v.                        )
                                 )
STATE OF NORTH CAROLINA,         )        1:25-cv-888
WELLPATH, GUILFORD COUNTY        )
DETENTION CENTER, GUILFORD       )
COUNTY DISTRICT ATTORNEY,        )
CONE HEALTH, SHERIFF'S           )
DEPUTIES, JAIL MEDICAL STAFF,    )
and PROSECUTORIAL ACTORS,        )
                                 )
               Defendants.       )

## ORDER

On October 28, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the Plaintiff pursuant to 28 U.S.C. § 636. (Docs. 4, 5.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 4), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint and/or petition, on the proper forms and accompanied by the appropriate filing fee or an application to

proceed <u>in</u> <u>forma</u> <u>pauperis</u>, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 19th day of March, 2026.

_____
United States District Judge

- 2 -